# Court of Appeals
# of the State of Georgia

ATLANTA,___July 11, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A0669. IN THE INTEREST OF T. G., a child.**

We granted the mother's application for discretionary review from an order terminating her parental rights to her child in order to more thoroughly review the record and transcript of the proceedings below. In fact, at the time we granted the application, the transcript of the termination proceeding had not yet been completed. After thorough and plenary consideration, we have determined that the order of termination was supported by clear and convincing evidence and must, therefore, be affirmed. Consequently, the application for discretionary appeal was improvidently granted, and the order granting the application is hereby vacated and this appeal is accordingly DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_07/11/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia. Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*